[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
MAY 26, 2006
THOMAS K. KAHN
CLERK

_____

No. 05-13088

_____

D. C. Docket No. 04-00115-CV-3-RV-EMT

TERESA K. CORKILL,

                                                        Plaintiff-Appellant,

versus

HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY,

                                                        Defendant-Appellee.

_____

Appeal from the United States District Court
for the Northern District of Florida

_____

**(May 26, 2006)**

Before HULL and WILSON, Circuit Judges, and GOLDBERG[*], Judge.

PER CURIAM:

_____

[*]Honorable Richard W. Goldberg, Judge, United States Court of International Trade,
sitting by designation.

After review and oral argument, we find no reversible error in the district court's grant of summary judgment in favor of defendant Hartford Life on plaintiff Teresa Corkill's ERISA claims.

**AFFIRMED.**